UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Veronica Hanke Dacey

        v.                Case No. 08-cv-212-PB

R. James Steiner, et al.

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 7, 2008, for the reasons set forth therein.   Plaintiff's complaint is hereby dismissed.

SO ORDERED.

October 20, 2008                              /s/ Paul Barbadoro
                                                    Paul Barbadoro
                                                    United States District Judge

cc:     Veronica Hanke Dacey, pro se